**GABA LAW CORPORATION**
RUDY GABA, JR. (State Bar No.: 230475)
23151 VERDUGO DRIVE, SUITE 104
LAGUNA HILLS, CALIFORNIA 92653
T: 949-207-7100
F: 949-207-7108
rgaba@gabalawcorp.com

Attorneys for Plaintiff,
DISH NETWORK L.L.C, ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC

# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C. ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLAYTON HOGGARD <br><br> Defendants. | CASE NO: 1:14-CV-00331-AWI-JLT <br><br> [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER <br><br> [F.R.C.P. RULE 4(c)] <br><br> NO HEARING SCHEDULED |

## ORDER

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

**ITS IS HEREBY ORDERED** that All-N-One Legal Support, who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals office will remain the levying officer.

DATED: 12/10/15

By: _Jennifer L. Thurston_
THE MAGISTRATE JUDGE JENNIFER L. THURSTON UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER REGARDING REQUEST FOR SPEICAL APPOINTMENT TO SERVE PROCESS